# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDRES GOROSTIETA TORRES** **#A205-004-475** | **CASE NO.  1:26-CV-01003 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, RIVER CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

Before the court is a motion whereby Yoel Lemus seeks to enroll as counsel on behalf of plaintiff Andres Gorostieta Torres, as supplemented [docs. 2, 4].  The motion does not fully comply with certain of the Local Rules of this Court.  Given the time-sensitive nature of the relief sought, the motion will be provisionally granted to allow counsel to enroll and pursue such relief as his client has directed while correcting those deficiencies.

Accordingly, it is **HEREBY ORDERED** that the Motion to Waive Local Counsel Requirement and Permit Filing [doc. 2] is **GRANTED** provisionally and Yoel Lemus is hereby admitted to the bar of this Court *pro hac vice* on behalf of petitioner Andres Gorostieta Torres in the above described action without the requirement of associating local counsel.

It is **FURTHER ORDERED** that counsel shall within seven (7) days of the date of this order file into the record such documents as are necessary to bring the application for *pro hac vice* admission into compliance with Local Rule 83.2.6, which provides:  "The applicant attorney must state under oath whether any disciplinary proceedings or criminal charges have been instituted against the applicant, and if so, must disclose full information about the proceeding or charges and

the ultimate determination, if any."  Should counsel fail to timely correct this deficiency, this order may be vacated, and counsel may be directed to resubmit the *pro hac vice* application in its entirety.

Pursuant to Local Rules 5.1 and 5.7.02, absent good cause "[a]ll filings must be filed electronically with the office of the clerk" and "[a]ttorneys admitted to the bar of this court, including those admitted *pro hac vice*, Federal Public Defenders, and attorneys authorized to represent the United States, must request electronic filing access to the Court through PACER." Accordingly,

**IT IS FURTHER ORDERED** that by moving for *pro hac vice* admission, movant is deemed to authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to movant by electronic means under Rule 77 of the Federal Rules of Civil Procedure and Local Rule 5.7.10.  Movant is further deemed to consent to receive notice electronically from other parties and the court via electronic mail.  Movant is counseled that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and movant shall verify that that any such software installed on movant's computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  Movant is further deemed to understand that it is movant's responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

SO ORDERED at Lake Charles, Louisiana, this 20th day of April, 2026.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**